■■■ MARGUERITE WILENSKY et al., Respondents, v JEWISH HOME OF CENTRAL NEW YORK, INC., Appellant. [741 NYS2d 771] —Appeal from a judgment of Supreme Court, Onondaga County (Major, J.), entered April 10, 2001, in favor of plaintiffs after a nonjury trial.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated at Supreme Court, Onondaga County, Major, J. Present—Pigott, Jr., P.J., Green, Hurlbutt, Burns and Lawton, JJ.